

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Reginald Reece, Appellant

No. 06-13-00082-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 11F0746-202). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court as to punishment and remand the cause to the trial court for a new punishment hearing.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED MAY 6, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk